UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

XIAODAN ZHU,

        Plaintiff,

    v.

GARY GE, et al.,

        Defendants.

Case No. 19-cv-08028-SI

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 1

On December 9, 2019, *pro se* plaintiff Xiaodan Zhu filed the above captioned action. Dkt. No. 1. Plaintiff's complaint alleges this court has diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000. Dkt. No. 1 ⁋ 1. However, the caption of the complaint lists: (1) the plaintiff's address as 5941 California St., San Francisco, (2) defendant Gary Ge's address as 1992 Bowers Ave. Santa Clara, California; and (3) defendant Yushan Duan's phone number as a 408 area code – which is associated with San Jose, California. As such, it does not appear that this Court has diversity jurisdiction.

    **Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing why this action should not be dismissed for lack of federal jurisdiction, by <u>filing a brief on or before January 10, 2020</u> concerning diversity jurisdiction.**

    **IT IS SO ORDERED**.

Dated: December 12, 2019

SUSAN ILLSTON
United States District Judge