UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Zhu,<br><br>        Plaintiff,<br><br>     v.<br><br>Ge,<br><br>        Defendants. | Case No. 19-cv-08028-SI<br><br>**ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>Dkt. No. 2 |

IT IS ORDERED that the application to proceed in forma pauperis (Dkt. No. is GRANTED. Issuance of summons and service will be determined separately.

The amended complaint (Dkt. No. 9) having been found to comply with Title 28 USC § 1915, IT IS FURTHER ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: January 6, 2020

_____
SUSAN ILLSTON
United States District Judge