UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODAN ZHU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GARY GE,<br><br>　　　　　Defendant. | Case No. 19-cv-08028-SI<br><br>**ORDER RE EARLY SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

Having reviewed the amended complaint and counterclaim, the Court finds this matter suitable for an early settlement conference with a magistrate judge. Accordingly, it is HEREBY ORDERED that this case be assigned to a magistrate judge for an early settlement conference.

**IT IS SO ORDERED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge