UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODAN ZHU,<br><br>                    Plaintiff,<br><br>       v.<br><br>GARY GE,<br><br>                    Defendant. | Case No. 19-cv-08028-SI<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

Upon notice of settlement, and at the request of the parties, there is no reason to maintain the file as an open one for statistical purposes. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office.

Nothing contained in this order shall be considered a dismissal or disposition of this action and should further proceedings in this litigation become necessary or desirable within 12 months hereof, any party may initiate it in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: August 28, 2020

_____
SUSAN ILLSTON
United States District Judge