UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODAN ZHU,<br><br>        Plaintiff,<br><br>    v.<br><br>GARY GE,<br><br>        Defendant. | Case No. 19-cv-08028-SI<br><br>**ORDER RE REFUNDING PLAINTIFF'S FILING FEE** |

On January 6, 2020, this Court granted plaintiff's application to proceed in forma pauperis. Dkt. No. 19. Despite this, plaintiff paid a $400 filing fee when the complaint was filed. The clerk is hereby ordered to promptly issue plaintiff a refund of the filing fee associated with filing the complaint.

**IT IS SO ORDERED**.

Dated: September 12, 2020

_____
SUSAN ILLSTON
United States District Judge