UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAODAN ZHU,<br><br>         Plaintiff,<br><br>    v.<br><br>GARY GE,<br><br>         Defendant. | Case No. 19-cv-08028-SI<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT PURPOSES** |

On June 16, 2020, the Court referred this case to Magistrate Judge Sallie Kim for settlement purposes. Dkt. No. 42. On August 26, 2020, the case settled. Dkt. No. 50. On August 28, 2020, the Court issued an Administrative Order Closing Case, stating any party, within twelve months of the order, may initiate further proceedings if necessary. Dkt. No. 51.

On August 21, 2021, plaintiff Zhu filed a statement alleging defendant Ge did not pay plaintiff pursuant to the settlement agreement. Dkt. No. 53. Plaintiff filed another statement on September 17, 2021 alleging the same. Dkt. No. 57.

Because the Court previously referred this case for settlement purposes, the Court hereby REFERS this matter to Magistrate Judge Sallie Kim. The present dispute involves settlement. The status conference scheduled for October 29, 2021 is VACATED.

**IT IS SO ORDERED**.

Dated: September 28, 2021

_____
SUSAN ILLSTON
United States District Judge